UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-409(RHK/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| RONALD WILLIAMS, et al. | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

02-409(RHK/AJB)

Defendant Name

Ronald Williams, et al.

Remove AUSA

Joseph T. Walbran

Add AUSA

Andrew S. Dunne

Dated: September 6, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/ Andrew S. Dunne
BY: ANDREW S. DUNNE
Assistant U.S. Attorney
Attorney ID No. 175195