UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 02-409(1) (RHK/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD WILLIAMS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CERTIFICATE OF SERVICE** |

Jordan S. Kushner hereby certifies that he served on opposing counsel, Andrew Dunne, Defendant's Sentencing Memorandum by filing said document through Electronic Case Filing and thereby causing it to be served electronically at Andrew.Dunne@usdoj.gov.

Date: October 27, 2005

s/Jordan S. Kushner
Jordan S. Kushner