# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Ronald Williams (1),<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No: Cr. 02-409 (1)<br>Date: October 31, 2005<br>Court Reporter: Timothy Willette<br>Time Commenced: 8:55<br>Time Concluded: 9:35<br>Time in Court: Hours & 40 Minutes |

Before Richard Kyle, United States Judge, at, Minnesota.

APPEARANCES:

For Plaintiff: Andrew Dunne
For Defendant: Jordan Kuschner 9 FPD 9 CJA 9 Retained 9 Appointed

: **Re - Sentencing.** Custody of BOP 204 months on each count 1 and 4 to be served concurrently to each other. Supervised Release - 5 years to count 1 and 4 to be served concurrently to each other.
All other terms sentenced April 13,2004 are re-imposed.

s/Deborah Siebrecht
Calendar Clerk