UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 02-409(1) (RHK/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD WILLIAMS,<br><br>Defendant. | ) | **NOTICE OF APPEAL** |

Notice is hereby given that **Ronald Williams** appeals to the United States Court of Appeals for the Eighth Circuit from the **Judgment and Commitment** entered in this action on November 1, 2005.

Dated: November 3, 2005

By s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota 55415
(612) 288-0545

---

**TRANSCRIPT ORDER FORM**

A transcript of the sentencing is necessary.

---

**CERTIFICATE OF COMPLIANCE**

Appellant hereby certifies that copies of this notice of appeal/transcript order from have been filed/served upon U.S. District Court, and all counsel of record, and that arrangements for payment of costs of transcripts ordered are being made with the court reporter through a completed CJA Form 24.

Attorney's Signature s/Jordan S. Kushner Date: November 3, 2005

## INFORMATION SHEET

1. Defendant's Address: Sherburne County Jail, 13880 Highway 10, Elk River, MN 55330; soon to be remanded to custody of Bureau of Prisons.

2. Date of Guilty Plea: May 29, 2004
   Offenses: Conspiracy to distribute crack cocaine. 21 U.S.C. § 846.
   Distribution of crack cocaine. 21 U.S.C. § 841

   Bail Status: Detained

3. Sentence and Date Imposed: 262 months, imposed on April 13, 2004; Revised sentence imposed on October 31, 2005.

4. Appealing: Sentence (Defendant preserves previous appeal issues).

5. Date Last Transcript ordered by Counsel or District Court: November 3, 2005

   Stenographer in Charge: Timothy Willette, U.S. Courthouse, Minneapolis, MN, (612) 664-5000

6. Trial Counsel was: Appointed

   Does Defendant's financial status warrant appointment of counsel on appeal? Yes

   Affidavit of Financial Status filed: Previously found eligible for public defender.

   Is there any reason why trial counsel should not be appointed as counsel on appeal? No.

7. Assistant U.S. Attorney Name and Phone Number:
   Andrew Dunne, (612) 664-5600

---

**Court Reporter Acknowledgement**

Date Order Received __________

Completion Date __________

Number of Pages ____________

______________________________ ____________________
Court Reporter's Signature Date