# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

# TRANSMITTAL SHEET

"Copy"

**Date:** December 5, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Mary Kay Furchner, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **05-4026**

**District Court Number:** CR 02-409(1) RHK/AJB **Ronald Williams**

RECEIVED
DEC 05 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**TRANSMITTED HEREWITH:**

Three (3) Designated Clerk's Records

(X) Entered in ECF (USDC purposes only)

---

**USCA ACKNOWLEDGMENT**

Received

By:

Returned to District Court

Date:

By:

RECEIVED
DEC 0 5 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

SCANNED
DEC 0 6 2005
U.S. DISTRICT COURT ST. PAUL

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No. 05-4026

vs.

Ronald Williams — Criminal No. CR 02-409(1) RHK/AJB

Date delivered to U.S.C.A.: December 5, 2005

Prepared by: mf

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Ronald Williams**

U.S.C.A. #: 05-4026
District Court #: Criminal CR 02-409(1) RHK/AJB

## INDEX



| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | INDICTMENT | 12/17/02 | 1-4 |
| 2. | PLEA AGREEMENT AND SENTENCING STIPULATIONS | 5/29/03 | 5-10 |
| 3. | DEFENDANT'S SENTENCING POSITION | 9/12/03 | 11-15 |
| 4. | MOTION TO CHANGE PRESENTENCE INVESTIGATION REPORT | 2/2/04 | 16 |
| 5. | SENTENCING JUDGMENT | 4/13/04 | 17-20 |
| 6. | ORDER BY JUDGE KYLE RE: MOTION TO VACATE (2255) | 4/14/04 | 21 |
| 7. | ORDER BY JUDGE KYLE RE: REQUEST TO AMEND JUDGMENT | 4/23/04 | 22 |
| 8. | ORDER BY JUDGE KYLE RE: APPOINTMENT OF COUNSEL | 4/23/04 | 23 |
| 9. | DEFENDANT'S SENTENCING MEMORANDUM | 10/27/05 | 24-32 |
| 10. | RE-SENTENCING JUDGMENT | 11/10/05 | 33-36 |
| 11. | NOTICE OF APPEAL | 11/3/05 | 37-38 |
| 12. | DOCKET SHEET | | 39-45 |