**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 05-4026**

**United States of America,**

**Appellee**

**v.**

**Ronald Williams,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(CR 02-409-01 RHK/AJB)

---

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 20, 2007

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans