# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**No: 05-4026**

**United States of America,**

**Appellee**

**v.**

**Ronald Williams,**

**Appellant**

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(CR 02-409-01 RHK/AJB)

---

## MANDATE

In accordance with the opinion and judgment of 03/20/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 11, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit