**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 05-4026

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RONALD WILLIAMS

Defendant - Appellant

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(CR 02-409-01 RHK/AJB)

---

**JUDGMENT**

The United States Supreme Court has granted the petition for certiorari in this case, vacated the judgment, and remanded to this Court for further consideration in light of the Supreme Court's decision in Kimbrough v. United States, 552 U.S. ___ (2007). We have reviewed the resentencing transcript again, this time with the benefit of the holding in Kimbrough. We now remand the case to the District Court for resentencing in accordance with Kimbrough, as applied by this Court. The District Court will also need to consider the applicability of Amendment 706 to the United States Sentencing Guidelines, effective November 1, 2007, regarding the sentencing range for certain crack cocaine offenses.

February 26, 2008

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans