# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 05-4026

United States of America,

Appellee

v.

Ronald Williams,

Appellant

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(CR 02-409-01 RHK/AJB)

---

**MANDATE**

In accordance with the judgment of February 26, 2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 20, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit