# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,        Criminal No. 02-409 (1) (RHK/AJB)

vs.        **ORDER**

Ronald Williams,

        Defendant.

---

Ronald Williams' pro se Motion to Supplement Pending 2255 Petition With Additional Exhibits (Doc. No. 178) is **GRANTED**.

Dated: April 26, 2011

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge